FILED

07/18/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0729

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0729

_____

JAMIE NORRIS,

      Plaintiff and Appellant,

    v.

RICK L. OLSEN d/b/a A&O SHEET METAL,

      Defendant, Appellee,
      and Cross-Appellant.

_____

O R D E R

Having reviewed Appellant Jamie Norris's Unopposed Motion for Extension of Time to File Appellant's Reply Brief and good cause appearing therefrom,

IT IS HEREBY ORDERED that Appellant's motion is GRANTED and his reply brief shall be filed no later than August 18, 2023.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 18 2023